MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br><br> LOS PRADOS COMMUNITY ASSOCIATION, INC.; SATICOY BAY LLC SERIES 5328 LOCHMOR; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00917-RFB-BNW <br><br><br> **MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| SATICOY BAY LLC SERIES 5328 LOCHMOR, <br><br> Counterclaimant, <br> v. <br> BANK OF AMERICA, N.A., <br><br> Counter-defendant. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rex D. Garner, Esq., Jamie K. Combs, Esq. and Tenesa S. Powell, Esq. are no longer associated with the law firm of Akerman LLP and requests that Mr. Garner, Ms. Combs and Ms. Powell be removed from the service list.

*/ / /*

*/ / /*

*/ / /*

1

59455557;1

1  Akerman LLP continues to serve as counsel for Bank of America, N.A.  All items, including,
2  but not limited to, pleadings, papers, correspondence, documents and future notices in this action
3  should continue to be directed to Melanie D. Morgan, Esq. and Scott R. Lachman, Esq.
4  DATED this 11th day of August, 2021

**AKERMAN LLP**

*/s/ Scott R. Lachman*
MELANIE D. MORGAN ESQ.
Nevada Bar No. 8215
SCOTT R. LACHAM, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

**Order**

**IT IS SO ORDERED**

**DATED:** 9:35 am, August 13, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

59455557;1